No. 67126.—M. Zwiebel *v.* United States, protest 60/27142 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rubber barking dogs similar in all material respects to those the subject of Abstract 28952, except that the merchandise herein is in chief value of rubber rather than metal, the claim of the plaintiff was sustained.